# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| ROGERIO CHAVES SCOTTON, | * | |
| --- | --- | --- |
| Plaintiff, | * | CIVIL ACTION NO.: 5:17-cv-114 |
| v. | * | |
| FEDERICO A. MORENO, | * | |
| Defendant. | * | |

## ORDER

After an independent and *de novo* review of the record, the undersigned concurs with the Magistrate Judge's October 3, 2017, Report and Recommendation, dkt. no. 6, to which Plaintiff filed Objections, dkt. no. 7. Accordingly, the Court **OVERRULES** Plaintiff's Objections and **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Plaintiff's Complaint and **DENIES** Plaintiff leave to appeal *in forma pauperis*. The Court **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 24 day of October, 2017.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA